

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00487-CR

**EX PARTE** Rogelio Contreras **SORIANO**

From the County Court, Kinney County, Texas
Trial Court No. 10435CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

On August 10, 2022, the Kinney County and District Clerk filed the clerk's record for Kinney County Court Cause No. 10435CR. However, the record did not contain a certification of Appellant's right to appeal. *Contra* TEX. R. APP. P. 34.5(a)(12).

We **order** the trial court clerk to prepare, certify, and file in the appellate court a supplemental clerk's record containing the certification. *See* TEX. R. APP. P. 34.5(c)(2); *accord Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013) ("Under subsection (c)(2), the appellate court may order the trial court to prepare and file the certification of the defendant's right of appeal, and the trial-court clerk must prepare and file in the appellate court a supplemental record containing the certification.").

The supplemental clerk's record must be filed in this court within **twenty days** of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court